IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKASNAS
NORTHERN DIVISION

HAZEL M. AMBERGER                                              PLAINTIFF

v.                       No. 1:18-cv-37-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                                         DEFENDANT

## ORDER

No one has objected to Magistrate Judge Ray's Recommended Disposition, № 12. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the recommendation. Amberger's complaint will be dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2019