# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKASNAS
# NORTHERN DIVISION

HAZEL M. AMBERGER                              PLAINTIFF

v.                  No. 1:18-cv-37-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                          DEFENDANT

## JUDGMENT

Amberger's complaint is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2019